In the Matter of the Estate of Kathryn M. Prominski, Deceased.

Gertrude Glowski Executor of the Will of Kathryn M. Prominski, Deceased, and John V. Ryan, Attorney for said Executor, Petitioners-Appellants, v. Margaret Ann Prominski, Sole Heir, Legatee and Devisee of Kathryn M. Prominski, Deceased, Respondent-Appellee.

Gen. No. 48,308. 

First District, Third Division.

September 27, 1961.

John P. McGoorty, Jr., of Chicago, for appellants; Toft, Fitzsimons and Livingston, of Chicago (Francis B. Fitzsimons and Edward Wolfe, of Chicago, of counsel) for appellee. Opinion by MR. PRESIDING JUSTICE McCORMICK. Not to be published in full.